FILED

07 OCT 17 AM 9:32

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PDV DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MIGUEL OVIDIO HERNANDEZ-PEREZ (1), JOSE RIVERA-CHAVEZ (2), Defendants. | Criminal Case No. '07 CR 2876 H<br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Miquel Ovidio Hernandez-Perez, et al., Criminal Case No. 07CR2698-H.

DATED: October 17, 2007.

KAREN P. HEWITT
United States Attorney

DAVID D. LESHNER
Assistant U.S. Attorney