JAMI L. FERRARA
California Bar No. 189109
Law Office of Jami L. Ferrara
964 Fifth Avenue, Suite 335
San Diego, California 92101
Telephone: (619) 239-4344
Facsimile: (619) 544-1429
Email: jamiferrara@msn.com

Attorney for Mr. Rivera-Chavez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE MARILYN L. HUFF)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE RIVERA-CHAVEZ,<br>Defendant. | Criminal No. 07CR2876-MLH<br>Date: November 26, 2007<br>Time: 2:00 p.m.<br>NOTICE OF MOTIONS AND MOTIONS TO:<br>1) COMPEL DISCOVERY;<br>2) FILE FURTHER MOTIONS |

TO: KAREN P. HEWITT, UNITED STATES ATTORNEY
MARCEL STEWART, ASSISTANT UNITED STATES ATTORNEY

PLEASE TAKE NOTICE that on Monday, November 26, 2007, at 2:00 p.m., or as soon thereafter as counsel may be heard, the defendant, Jose Rivera-Chavez, by and through his attorney, Jami L. Ferrara, Esq., will ask this Court to enter an order granting the motions listed below.

//

//

//

//

//

//

## MOTIONS

Jose Rivera-Chavez, the defendant in this case, by and through his attorney, Jami L. Ferrara, Esq., pursuant to the U.S. Constitution, Federal Rules of Criminal Procedure, Federal Rules of Evidence, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1) to compel discovery,
2) to file further motions.

These motions are based upon the instant motions and notice of motions, the statement of facts and memorandum of points and authorities, and any and all other materials that may come to this Court's attention at the time of the hearing on these motions.

Respectfully submitted,

*S/Jami L. Ferrara*

Dated: November 12, 2007

JAMI L. FERRARA
Attorney for Mr. Rivera-Chavez

**PROOF OF SERVICE**

I, Jami L. Ferrara, do hereby state:

I am a citizen of the United States and a resident of the County of San Diego, State of California. I am over the age of eighteen years, and am not a party to the within action. My business address is 964 Fifth Avenue, Ste. 335, San Diego, California 92101.

On this 12th day of November 2007, I served the within **MOTION FOR DISCOVERY AND FOR LEAVE TO FILE FURTHER MOTIONS** in Case No. 07CR2876-MLH electronically through the CM/ECF system for the Southern District of California on the United States Attorney's Office, specifically, AUSA Marcel Stewart, a registered user of the CM/ECF system.

I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED this day, 12 November 2007, at San Diego, California.

*S/Jami L. Ferrara*

JAMI L. FERRARA